UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>   Plaintiff,<br><br>  v.<br><br>CHRISTIANA OKWANOKO, et al.,<br><br>   Defendants. | Case No. 1:23-cv-00027-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

  Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2023, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2).  However, Plaintiff's application does not include all the necessary sections.  Plaintiff did not fill out all of the information requested in paragraph 3. Additionally, under 28 U.S.C. § 1915(b), Plaintiff is still responsible for paying the filing fee, and the funds are to be collected from his trust account (when funds are available).  Therefore, Plaintiff must authorize Fresno County Jail to collect funds from his trust account and forward those funds to the Court.

  Accordingly, IT IS HEREBY ORDERED that:

  Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.[1]

\\\

---

[1] Plaintiff is not required to file another copy of his Trust Account Statement.

1

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 6, 2023**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE