UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIANA OKWANOKO, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00027-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 6)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS AND TO REDACT SOCIAL SECURITY NUMBER FROM FILINGS |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2023, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, along with a Trust Account Statement. (ECF No. 6).[1] According to Plaintiff's application, he is not employed, he has not received money from any sources in the last twelve months, and he has no money or other assets. However, according to the attached Trust Account Statement, between August 30, 2022, and December 8, 2022, Plaintiff received $947.30.

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will deny Plaintiff's application without prejudice and provide Plaintiff with an opportunity to clarify his

---

[1] Plaintiff's Trust Account Statements list his social security number. Plaintiff should not include his social security number on filings with the Court. The Court will direct the Clerk of Court to redact Plaintiff's social security number from these filings.

1

financial condition and adequately demonstrate financial hardship.

Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is denied without prejudice;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;
3. Failure to comply with this order may result in dismissal of this action;
4. The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis*; and
5. The Clerk of Court is directed to redact Plaintiff's social security number from Plaintiff's Trust Account Statements (ECF No. 2, p. 3; ECF No. 6, p. 3).

IT IS SO ORDERED.

Dated:   **January 24, 2023**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE