UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIANA OKWANOKO, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00027-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 14, 16) |

Plaintiff Prentice Ray Thomas ("Plaintiff") is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied on the grounds that he is financially able to pre-pay the entire filing fee to commence this action. (ECF No. 16.) The findings and recommendations contained notice that any objections thereto must be filed within fourteen days of service. Plaintiff has not filed any objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on April 27, 2023, (ECF No. 16), are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (ECF No. 14), is denied;

3. Within thirty (30) days following service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action; and

4. Failure to pay the required filing fee in full within the specified time will result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   June 30, 2023

_____
UNITED STATES DISTRICT JUDGE