UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE RAY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANA OKWANOKO, et al.,<br><br>Defendants. | No. 1:23-cv-00027-ADA-EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 18) |

Plaintiff Prentice Ray Thomas is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 30, 2023, this Court issued an order denying Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). (ECF No. 18.) Plaintiff was ordered to pay the $402.00 filing fee in full within 30 days in order to proceed with this action. (*Id*.) Notably, Plaintiff was warned that "failure to pay the filing fee within the specified time will result in the dismissal of this action." (*Id*.) That order was served on Plaintiff at the address on file, but, to date, Plaintiff has not paid the filing fee.

///

///

///

///

1

Accordingly,

1. This action is dismissed without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE